UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| In re: | § | Case No. 17-70441 |
|---|---|---|
| | § | |
| LIFETIME INDUSTRIES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Catherine S. Curtis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $328,847.49 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $22,249.85 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $5,322.75 | | |

3)   Total gross receipts of $27,572.60  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $27,572.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $722,000.00 | $67,072.70 | $67,072.70 | $22,249.85 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,256.45 | $6,256.45 | $5,322.75 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $75,976.08 | $21,551.10 | $21,551.10 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $162,032.09 | $3,524,271.48 | $3,524,271.48 | $0.00 |
| **Total Disbursements** | $960,008.17 | $3,622,188.73 | $3,622,188.73 | $27,572.60 |

4). This case was originally filed under chapter 11 on 11/07/2017. The case was converted to one under Chapter 7 on 12/19/2017. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/24/2020     By:   /s/ Catherine S. Curtis
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Compass- McAllen Acct. #0599- Contract | 1129-000 | $7,484.69 |
| Compass- McAllen Acct.# 0734- Payroll | 1129-000 | $410.00 |
| Compass-McAllen Acct.#0750- Operating | 1129-000 | $1,764.76 |
| Rio Bank- McAllen Acct. #6749- Operating | 1129-000 | $17,913.15 |
| **TOTAL GROSS RECEIPTS** | | $27,572.60 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Texas Workforce Commission | 4800-000 | $0.00 | $5,484.98 | $5,484.98 | $0.00 |
| 4 | Hidalgo County | 4800-000 | $0.00 | $8,466.53 | $8,466.53 | $0.00 |
| 5 | City of McAllen | 4800-000 | $0.00 | $1,754.45 | $1,754.45 | $0.00 |
| 6S | Internal Revenue Service | 4300-000 | $0.00 | $25,366.74 | $25,366.74 | $22,249.85 |
| 12S | John Schrock Sr | 4220-000 | $0.00 | $26,000.00 | $26,000.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rio Bank | 4110-000 | $722,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $722,000.00 | $67,072.70 | $67,072.70 | $22,249.85 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Catherine S. Curtis, Trustee | 2100-000 | NA | $3,507.26 | $3,507.26 | $2,800.69 |
| Catherine S. Curtis, | 2200-000 | NA | $802.44 | $802.44 | $640.78 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| International Sureties, Ltd | 2300-000 | NA | $18.56 | $18.56 | $18.56 |
| Independent Bank | 2600-000 | NA | $40.68 | $40.68 | $40.68 |
| Integrity Bank | 2600-000 | NA | $202.51 | $202.51 | $202.51 |
| United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $259.53 |
| John Mosley, Accountant for Trustee | 3410-000 | NA | $1,360.00 | $1,360.00 | $1,360.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,256.45 | $6,256.45 | $5,322.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Internal Revenue Service | 5800-000 | $13,149.32 | $20,551.10 | $20,551.10 | $0.00 |
| 8 | TX Comptroller of Public Accounts | 5800-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $1,504.15 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $1,136.14 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $4,322.08 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $13,413.68 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $37,567.54 | $0.00 | $0.00 | $0.00 |
| | Texas Workforce Commission | 5800-000 | $4,883.17 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $75,976.08 | $21,551.10 | $21,551.10 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Estes Express Lines | 7100-000 | $0.00 | $222.97 | $222.97 | $0.00 |
| 3 | TXU Energy Retail Company LLC | 7100-000 | $0.00 | $741.51 | $741.51 | $0.00 |
| 6U | Internal Revenue | 7100-000 | $0.00 | $9,378.63 | $9,378.63 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Service |  |  |  |  |  |
| 7 | Charter/ Spectrum | 7100-000 | $507.44 | $847.25 | $847.25 | $0.00 |
| 9 | LCA Bank Corporation | 7100-000 | $344.74 | $8,186.67 | $8,186.67 | $0.00 |
| 10 | Nation's Cabinetry LLC | 7100-000 | $0.00 | $104,674.20 | $104,674.20 | $0.00 |
| 11 | T Mobile/T-Mobile USA Inc | 7200-000 | $0.00 | $731.01 | $731.01 | $0.00 |
| 12U | John Schrock Sr | 7200-000 | $0.00 | $682,519.88 | $682,519.88 | $0.00 |
| 13 | John Schrock Sr | 7200-000 | $0.00 | $2,143,232.00 | $2,143,232.00 | $0.00 |
| 14 | John Schrock Sr | 7200-000 | $0.00 | $573,655.00 | $573,655.00 | $0.00 |
| 15 | DIRECTV, LLC | 7200-000 | $0.00 | $82.36 | $82.36 | $0.00 |
|  | Acclaimed Auto Service | 7100-000 | $1,094.34 | $0.00 | $0.00 | $0.00 |
|  | AFCO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Assistant US Trustee | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | BJ Tidwell Cabinetry | 7100-000 | $104,674.20 | $0.00 | $0.00 | $0.00 |
|  | Building Plastics, Inc. (BPI) | 7100-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |
|  | Dakota Premium Hardwoods | 7100-000 | $32,631.06 | $0.00 | $0.00 | $0.00 |
|  | DirectTV | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Federal Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Frontera Equipment Service | 7100-000 | $210.01 | $0.00 | $0.00 | $0.00 |
|  | Greenpoint Developers, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Hudson Energy-Office/Whs | 7100-000 | $1,365.11 | $0.00 | $0.00 | $0.00 |
|  | Hudson Energy-Shop | 7100-000 | $245.24 | $0.00 | $0.00 | $0.00 |
|  | J-D Cabinets-Green Point Apts | 7100-000 | $963.75 | $0.00 | $0.00 | $0.00 |
|  | John F Schrock | 7100-000 | $775.00 | $0.00 | $0.00 | $0.00 |
|  | McAllen Public Utilities | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Omax Corporation | 7100-000 | $333.53 | $0.00 | $0.00 | $0.00 |
|  | Peterson Construction, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Quill Corporation | 7100-000 | $158.10 | $0.00 | $0.00 | $0.00 |
|  | R.S. Huges Company, Inc. | 7100-000 | $215.36 | $0.00 | $0.00 | $0.00 |
|  | Rugby IPD Corp | 7100-000 | $4,218.80 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Staples Advantage | 7100-000 | $736.77 | $0.00 | $0.00 | $0.00 |
| | Sterling Computer Products | 7100-000 | $558.64 | $0.00 | $0.00 | $0.00 |
| | T-Mobile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Texas Comptroller of Public Accounts | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Texas Workforce Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United States Attorney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United States Attorney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $162,032.09 | $3,524,271.48 | $3,524,271.48 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 17-70441-EVR | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|
| Case Name: | LIFETIME INDUSTRIES, INC. | Date Filed (f) or Converted (c): | 12/19/2017 (c) |
| For the Period Ending: | 11/24/2020 | §341(a) Meeting Date: | 01/26/2018 |
| | | Claims Bar Date: | 03/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 2 | Rio Bank- McAllen Acct. #6749- Operating | $18,033.17 | $17,913.15 | | $17,913.15 | FA |
| 3 | Compass-McAllen Acct.#0750- Operating | $1,804.16 | $1,764.76 | | $1,764.76 | FA |
| 4 | Compass- McAllen Acct. #0599- Contract | $7,494.69 | $7,484.69 | | $7,484.69 | FA |
| 5 | Compass- McAllen Acct. #3857- Petty Cash | $14.49 | $0.00 | | $0.00 | FA |
| 6 | Compass- McAllen Acct.# 0734- Payroll | $460.00 | $410.00 | | $410.00 | FA |
| 7 | Inventory | $120,133.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Odr lift stay d 02/02/18 dkt 40 | | | | | |
| 8 | Office Furniture | $15,275.00 | $12,719.75 | OA | $0.00 | FA |
| Asset Notes: | Odr lift stay d 02/02/18 dkt 40 | | | | | |
| 9 | Office Fixtures | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Odr lift stay d 02/02/18 dkt 40 | | | | | |
| 10 | Odr lift stay d 02/02/18 dkt 40Office equipment | $5,835.00 | $3,279.77 | OA | $0.00 | FA |
| Asset Notes: | Odr lift stay d 02/02/18 dkt 40 | | | | | |
| 11 | Truck 2004 F 450, VIN#1899 | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 12 | Trailer- 4WT2 14' Tandenn axile 7000 Gvwr | $3,500.00 | $3,500.00 | | $0.00 | FA |
| 13 | Machinery & fixtures | $124,990.00 | $0.00 | | $0.00 | FA |
| 14 | Internet Domain Names and Websites | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Tax refunds 2016 D packet | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Peterson Construction suit filed August 2017 D packet | $54,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Adv 18-7002 per Odr d 06/05/18 dkt 53 | | | | | |
| 17 | A/R | $0.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)                                                                                   Gross Value of Remaining Assets
                                $356,639.51            $52,072.12                     $27,572.60                    $0.00

**Major Activities affecting case closing:**
09/11/2020    IRS Correspondence (Changes to your December 31, 2018 Form 1120) d 8-10-2020 emailed to J. Mosley and SK as per CSC request.

| Case No.: | 17-70441-EVR | | | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|---|---|
| Case Name: | LIFETIME INDUSTRIES, INC. | | | Date Filed (f) or Converted (c): | 12/19/2017 (c) |
| For the Period Ending: | 11/24/2020 | | | §341(a) Meeting Date: | 01/26/2018 |
| | | | | Claims Bar Date: | 03/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Entry |
|---|---|
| 08/25/2020 | SPOKE WITH ELIZABETH MASON AT IRS RE FEB 2020 IRS CLAIM FOR 2017 FUTA TAXES.  IRS PAID THROUGH AO AND WILL NOT PURSUE ADDITIONAL FUNDS AS ESTATE DOES NOT HAVE FUNDS TO PAY CLAIM. |
| 05/20/2020 | TFR ODR to PAY |
| 04/27/2020 | TFR filed at court |
| 03/10/2020 | TFR to UST |
| 03/09/2020 | TFR to CSC for review |
| 02/14/2020 | IRS accepted rtns 2018-19; audit complete |
| 01/09/2020 | teleconference with John Mosley re audit of estate tax return |
|  | he thinks that it is due to 2017 tax return |
| 12/17/2019 | rec'd 505b resp from IRS d 12/17/19 2017-19 rtns selected for audit |
| 11/22/2019 | Mailed check for IRS allowed per Odr d 11-1-19 dkt 65 cert mail #7017 0530 0000 1497 6082 |
| 11/19/2019 | Prepared check for IRS allowed per Odr d 11-1-19 dkt 65 |
| 11/07/2019 | ECF #67 Order Allowing Final App for Comp and Reimbursement of Exp for Accountant |
| 10/14/2019 | App for Comp. (Mosley) filed |
| 09/03/2019 | Order Approving App to Employ Mosley ECF #57 |
| 08/08/2019 | Filed App to Employ J. Mosley ECF # 56 |
| 08/02/2019 | CLAIMS REVIEWED |
| 08/02/2019 | Prepared App to Employ J. Mosley (accountant) and emailed Exhibits along with other documents needed |
| 05/17/2018 | TELECONFERENCE WITH DAVID GUERRA AT US ATTY OFFICE RE IRS LIEN |
|  | WILL SEND HIM MARK T RECONS RE ACCT RECEIVABLE |
| 03/27/2018 | John Schrock came to drop off the server computer and keys to the storage unit. |
| 02/28/2018 | FILED REQUEST FOR NOTICE OF ASSETS |
| 02/05/2018 | TELECONFERENCE WITH MARK TWENHAFEL REPRESENTING SCHROCK SR LIENHOLDER |
|  | HE WILL NOT AGREE TO CARVE OUT ON RECEIVABLE |
|  | TOLD VICKI SKAGGS, REY ORTIZ ON THE PHONE TODAY NOTHING FOR ESTATE TO LIQUIDATE |
|  | REVIEWED UCCS AND COMMERCIAL SECURITY AGMT, VERIFIED IT COVERS RECEIVABLES |
| 01/24/2018 | TELECONFERENCE WITH VICKI SKAGGS RE CORE JURISDICTION UNDER 157 |
|  | SHE WILL GET BACK WITH ME RE WHETHER THEY WILL REMOVE TO BK COURT OR COMPEL ARBITRATION |
| 01/23/2018 | filed Application to Employ Special counsel |
| 01/18/2018 | TELECONFERENCE WITH MARK TWENHAFEL REPRESENTING JOHN SCHROCK SR |
|  | HE WANTS A PROPOSAL FROM AUCTIONEER WITH CONTACT INFORMATION AND ROUGH ESTIMATES FOR AUCTION , COMMISSION, TRUSTEE COMMISSION, COSTS |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3   Exhibit 8

| Case No.: | 17-70441-EVR | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|
| Case Name: | LIFETIME INDUSTRIES, INC. | Date Filed (f) or Converted (c): | 12/19/2017 (c) |
| For the Period Ending: | 11/24/2020 | §341(a) Meeting Date: | 01/26/2018 |
| | | Claims Bar Date: | 03/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Notes |
|---|---|
| 01/17/2018 | OFFICE CONFERENCE WITH REY ORTIZ, REPRESENTING DEBTOR V PETERSON CONSTRUCTION |
| | PARTIES |
| | LIFETIME INDUSTRIES, PLAINTIFF |
| | SUBCONTRACTOR ON APARTMENT COMPLEX BUILT BY OWNER GREENPOINT DEVELOPERS |
| | PETERSON CONSTRUCTION, DEFENDANT |
| | GENERAL CONTRACTOR |
| | BALANCE OWED TO LIFETIME AFTER COMPLETION OF WORK (CABINETS, SOME CARPETS) $60K |
| | PETERSON ALLEGES DELAYS BY LIFETIME |
| | |
| | CONSULT WITH ORTIZ, SAYS THAT DELAYS WOULD HAVE HAD TO BE COMMUNICATED IN WRITING TO THE GC, THEN TO SUB |
| | |
| | ORTIZ HAS COMMUNICATED WITH COUNSEL FOR GREENPOINT, MIKE MCGURK, WHO SAYS THAT GREENPOINT NEVER HAD COMPLAINTS ABOUT LIFETIME |
| | |
| | ORTIZ IS BILLING HOURLY AT $350/HOUR PER ENGAGEMENT WITH LIFETIME |
| | HAS LESS THAN $3K IN FEES |
| | |
| | SAYS HE IS WILLING TO GO TO ARBITRATION IF NECESSARY |
| | BELIEVES LIFETIME HAS VALID CLAIM |
| | |
| | NEXT STEP: |
| | |
| | COMMUNICATE WITH LIEN HOLDER SCHROCK SR TO SEE IF HE IS WILLING TO DO A CARVE-OUT |
| 01/11/2018 | TELECONFERENCE WITH REY ORTIZ RE PETERSON CONSTRUCTION RECEIVABLE. TOLD HIM THAT HIS EMPLOYMENT MUST BE APPROVED BY BK COURT. SETTING UP MEETING NEXT WEEK TO REVIEW CLAIM WITH HIM AT MY OFFICE. |
| 12/28/2017 | CC VISITED LIFETIME INDUSTRIES WITH DANNY JENNINGS. VIEWED EQUIPMENT AND WAREHOUSE. |
| 12/19/2017 | Odr convert from 11 to 7 |

Initial Projected Date Of Final Report (TFR):   12/31/2020   Current Projected Date Of Final Report (TFR):   12/31/2020   /s/ CATHERINE S. CURTIS

CATHERINE S. CURTIS

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-70441-EVR | | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|---|
| Case Name: | LIFETIME INDUSTRIES, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6315 | | Checking Acct #: | ******0441 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/7/2017 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 11/24/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2018 | (2) | LIFETIME INDUSTRIES | CK 008723 DATE 2-23-2018 FUNDS FROM RIO BANK ACCT ENDING IN 749 | 1129-000 | $17,913.15 | | $17,913.15 |
| 02/27/2018 | (3) | LIFETIME INDUSTRIES | CK 503636868 DATE 2-23-2018 FUNDS FROM BBVA COMPASS ACCT ENDING IN 750 | 1129-000 | $1,468.91 | | $19,382.06 |
| 02/27/2018 | (4) | LIFETIME INDUSTRIES | CK 503636867 DATE 2-23-2018 FUNDS FROM BBVA COMPASS ACCT ENDING IN 599 | 1129-000 | $7,484.69 | | $26,866.75 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.28 | $26,865.47 |
| 03/07/2018 | (6) | LIFETIME INDUSTRIES INC. | CK 503636888 DATE 3-1-2018 LIQUIDATION OF BBVA COMPASS ACCOUNT ENDING IN 734 | 1129-000 | $410.00 | | $27,275.47 |
| 03/09/2018 | (3) | MICHAEL SCHROCK DEBBIE SCHROCK | CK 6055 DATE 3-2-2018 MEMO SAYS "RIO BANK" BUT CHECK IS FOR VARIANCE IN CASHIER'S CHECK PROVIDED FROM LIFETIME INDUSTRIES BBVA COMPASS ACCT ENDING IN 750 | 1129-000 | $295.85 | | $27,571.32 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $40.66 | $27,530.66 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.57 | $27,491.09 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $40.83 | $27,450.26 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.46 | $27,410.80 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $40.71 | $27,370.09 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.56 | $27,363.53 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($6.56) | $27,370.09 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $478.97 | $26,891.12 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($478.97) | $27,370.09 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $40.68 | $27,329.41 |
| 09/30/2018 | 1001 | International Sureties, Ltd | 2018 Bond Inv # 0L507L777 | 2300-000 | | $8.97 | $27,320.44 |
| 10/07/2019 | 1002 | International Sureties, Ltd | 2019 Bond inv #016071777 d 10/02/19 | 2300-000 | | $9.59 | $27,310.85 |
| 11/07/2019 | 1003 | John Mosley | Fees and Expenses allowed per odr d 11-7-19 dkt 67 | 3410-000 | | $1,360.00 | $25,950.85 |
| 11/19/2019 | 1004 | INTERNAL REVENUE SERVICE | Allowed per Odr d 11-1-19 dkt 65 | 4300-000 | | $22,249.85 | $3,701.00 |
| 05/20/2020 | 1005 | Catherine S. Curtis | Trustee Compensation | 2100-000 | | $2,800.69 | $900.31 |
| 05/20/2020 | 1006 | Catherine S. Curtis | Trustee Expenses | 2200-000 | | $640.78 | $259.53 |
| | | | **SUBTOTALS** | | **$27,572.60** | **$27,313.07** | |

**FORM 2**

Page No: 2   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-70441-EVR | | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|---|
| Case Name: | LIFETIME INDUSTRIES, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6315 | | Checking Acct #: | ******0441 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/7/2017 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 11/24/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2020 | 1007 | United States Trustee | Distribution on Claim #: 16; Amount Allowed: 325.00; Claim #: 16; Distribution Dividend: 79.85; | 2950-000 | | $259.53 | $0.00 |
| 08/24/2020 | 1007 | STOP PAYMENT: United States Trustee | Distribution on Claim #: 16; Amount Allowed: 325.00; Claim #: 16; Distribution Dividend: 79.85; | 2950-004 | | ($259.53) | $259.53 |
| 08/25/2020 | 1008 | United States Trustee | Re-issue ck 1007 - Distribution on Claim #: 16; Amount Allowed: 325.00; Claim #: 16; Distribution Dividend: 79.85 | 2950-000 | | $259.53 | $0.00 |
| 09/22/2020 | 1008 | VOID: United States Trustee | Void ck 1008 - incorrect address Re-issue ck 1007 - Distribution on Claim #: 16; Amount Allowed: 325.00; Claim #: 16; Distribution Dividend: 79.85 | 2950-003 | | ($259.53) | $259.53 |
| 09/22/2020 | 1009 | United States Trustee | Re-issue ck 1007 - Distribution on Claim #: 16; Amount Allowed: 325.00; Claim #: 16; Distribution Dividend: 79.85 | 2950-000 | | $259.53 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $27,572.60 | $27,572.60 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $27,572.60 | $27,572.60 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $27,572.60 | $27,572.60 | |

| For the period of 11/7/2017 to 11/24/2020 | | For the entire history of the account between 02/27/2018 to 11/24/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,572.60 | Total Compensable Receipts: | $27,572.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,572.60 | Total Comp/Non Comp Receipts: | $27,572.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $27,572.60 | Total Compensable Disbursements: | $27,572.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,572.60 | Total Comp/Non Comp Disbursements: | $27,572.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3         Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-70441-EVR | |
| **Case Name:** | LIFETIME INDUSTRIES, INC. | |
| **Primary Taxpayer ID #:** | **-***6315 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/7/2017 | |
| **For Period Ending:** | 11/24/2020 | |

| | |
|---|---|
| **Trustee Name:** | Catherine S. Curtis |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0441 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $115,993,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $27,572.60 | $27,572.60 | $0.00 |

**For the period of 11/7/2017 to 11/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $27,572.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,572.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,572.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,572.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/19/2017 to 11/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $27,572.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,572.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27,572.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,572.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CATHERINE S. CURTIS

CATHERINE S. CURTIS